No. 565, Misc. HENDRICKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 569, Misc. TOLEVER *v.* SMITH, WARDEN. Sup. Ct. Ga. Certiorari denied. *Reuben A. Garland* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *Marion O. Gordon* and *Mathew Robins,* Assistant Attorneys General, and *Courtney Wilder Stanton,* Deputy Assistant Attorney General, for respondent.

No. 603, Misc. MILLER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Mervyn Hamburg* for the United States.

No. 610, Misc. MENDEZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *S. Clark Moore,* Deputy Attorney General, for respondent.

No. 650, Misc. BAROFSKY *v.* GENERAL ELECTRIC CORP. C. A. 9th Cir. Certiorari denied. *William H. Pavitt, Jr.,* for petitioner. *Ford W. Harris, Jr.,* and *Thomas A. Briody* for respondent.

No. 655, Misc. BAUERLIEN *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 657, Misc. PRICE *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied.